IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00926-MSK-MJW

OSCAR FIGUEROA

       Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a foreign Corporation authorized to do business in the state of Colorado,

       Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

     IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

    Dated this 23rd day of May, 2006

                                          BY THE COURT:

                                          Marcia S. Krieger
                                          United States District Judge

Case 1:06-cv-00926-MSK   Document 6   Filed 05/23/2006   Page 2 of 2

Case 1:06-cv-00926-MSK   Document 6   Filed 05/23/2006   Page 2 of 2